## LONG & ALLSTATTER CO v WILLIS

Ohio Appeals, 1st Dist, Hamilton Co

Decided Jan 29, 1934

Williams, Sohngen, Fitton & Pierce, Hamilton, Payne, Hoffheimer & Pogue, Cincinnati, and Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for plaintiff in error.

Coleman Avery, Cincinnati, Daniel Iddings, Dayton, and Robert Bierne, for defendant in error.

For full opinion see 1 OO 526; 48 Oh Ap 366.